```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
         -v-                                                      :
                                                                  :        24 Cr. 132 (JPC)
DONALD DILLION,                                                   :
                                                                  :        ORDER
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Pursuant to Federal Rule of Criminal Procedure 10, the arraignment in this case shall be held March 11, 2024 at 3:00 p.m. in Courtroom 12D at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: March 8, 2024
       New York, New York

_____
JOHN P. CRONAN
United States District Judge