

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

June 21, 2024

**BY ECF & EMAIL**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Donald Dillion*, 24 Cr. 132 (JPC)

Dear Judge Cronan:

   The parties write jointly to request a short adjournment of the upcoming status conference for the above-referenced matter, currently scheduled for June 24, 2024 at 4 pm. The parties are engaged in good faith plea discussions but require additional time to conclude those discussions. The parties would suggest that the Court reschedule the status conference for some time the week of July 22, 2024. The only window that is unavailable to the parties is July 23, 2024 from 2:30 pm onward.

   Counsel to the defendant does not object to the exclusion of time under the Speedy Trial Act until the date of the rescheduled conference, and the parties respectfully submit that such an exclusion would be in the interests of justice in light of the parties' ongoing plea negotiations.

The request is granted. The conference scheduled for June 24, 2024 is adjourned to July 22, 2024 at 10:00 a.m. in Courtrooom 12D, 500 Pearl Street, New York, New York 10007. Time is excluded from June 24, 2024 to July 22, 2024, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial because the exclusion of time allows the parties to consider a possible disposition. The Clerk of Court is respectfully directed to close Docket Number 17.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Benjamin A. Gianforti
Assistant United States Attorney
(212) 637-2490

SO ORDERED.
Date: June 21, 2024
New York, New York
           _____
           JOHN P. CRONAN
           United States District Judge

Cc: Michael Arthus, Esq.