# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*Tamara Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

September 20, 2024

**By ECF**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

        **Re: United States v. Donald Dillion**
            **24-Cr-132 (JPC)**

Dear Judge Cronan:

    I write to request that the Court grant a two-week adjournment of the upcoming motion and expert disclosure deadlines in this matter, until October 11.  The government does not object.

    Mr. Dillion's trial is scheduled to begin on January 27.  Currently, the defense's pretrial motions and the government's expert disclosures are due on September 27.  The parties have been engaged in productive plea discussions, and hope to reach a resolution in this matter soon.  A two-week extension of the motion deadlines would allow the parties sufficient time to resolve any outstanding matters with an eye toward a resolution.

Sincerely,

Michael Arthus
Assistant Federal Defender
212-417-8760

cc. (by ECF): AUSAs Benjamin Gianforti and Jennifer Ong

The request is granted.  The deadlines for motions and expert disclosure in this matter are extended to October 11, 2024.

SO ORDERED.
Date: September 20, 2024
New York, New York

JOHN P. CRONAN
United States District Judge