

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

October 10, 2024

**BY ECF & EMAIL**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Donald Dillion*, 24 Cr. 132 (JPC)

Dear Judge Cronan:

  The Government writes with the defense's consent to request a two-week adjournment of the various pretrial deadlines set for October 11, 2024, which include, at a minimum, the Government's deadline for expert disclosures and the defendant's motion deadline, in light of the defendant's upcoming plea on October 16, 2024.

                                Respectfully submitted,

                                DAMIAN WILLIAMS
                              United States Attorney

               By:    _____
                              Benjamin A. Gianforti
                              Assistant United States Attorney
                              (212) 637-2490

Cc: Michael Arthus, Esq.

The pretrial deadlines set for October 11, 2024 are adjourned to October 25, 2024.

SO ORDERED.
Date: October 10, 2024
New York, New York

*[Signature]*

JOHN P. CRONAN
United States District Judge