# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 22, 2024

**By ECF**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

The request is granted. The change of plea hearing scheduled for October 24, 2024 is adjourned to November 13, 2024 at 10:00 a.m. The Clerk of Court is respectfully directed to close Docket Number 30.

SO ORDERED.
Date: October 22, 2024
New York, New York

*[signature]*
JOHN P. CRONAN
United States District Judge

Re: **United States v. Donald Dillion**
   **24-Cr-132 (JPC)**

Dear Judge Cronan:

I write to request that the Court adjourn the upcoming change of plea hearing until the week of November 11. The government does not object.

Mr. Dillion's change of plea hearing is currently scheduled for October 24 at 2 p.m. The government sent a written plea offer to Mr. Dillion on October 21. I need some additional time to review the agreement with Mr. Dillion, and to investigate and advise him regarding some potential collateral consequences.

The parties are available for the change of plea hearing any time on November 13 or November 14, or in the morning on November 15. We are happy to provide alternative availability if those dates are inconvenient for the Court.

Sincerely,

*[signature]*

Michael Arthus
Assistant Federal Defender
212-417-8760

cc. (by ECF): AUSA Benjamin Gianforti