

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

November 7, 2024

**BY ECF & EMAIL**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Donald Dillion*, 24 Cr. 132 (JPC)

Dear Judge Cronan:

   The parties write jointly to request an adjournment of the change-of-plea proceeding in this matter, currently scheduled for November 13, 2024 at 10:00 AM, to either the morning of November 19, 2024 or after 3:00 pm on November 21, 2024. The parties continue to negotiate in good faith but could use additional time to conclude those negotiations, and the undersigned has conflicting commitments on November 13, 2024.

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

By: _____
                    Benjamin A. Gianforti
                    Assistant United States Attorney
                    (212) 637-2490

Cc: Michael Arthus, Esq.

The request is granted. The change of plea hearing currently scheduled for November 13, 2024 is adjourned to November 21, 2024 at 3:30 p.m. The Clerk of Court is respectfully directed to close Docket Number 32.

SO ORDERED.
Date: November 7, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge