

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

December 6, 2024

**BY ECF & EMAIL**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Donald Dillion*, 24 Cr. 132 (JPC)

Dear Judge Cronan:

The parties write jointly to request an additional two weeks from today to submit proposed forfeiture and restitution orders to the Court in this matter. The parties have been working cooperatively on forfeiture and restitution but require additional time to finalize and execute the documents for the Court's consideration.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Benjamin A. Gianforti
Assistant United States Attorney
(212) 637-2490

Cc: Michael Arthus, Esq.

The request is granted.  The Government's deadline to submit proposed forfeiture and restitution orders is extended to December 20, 2024.  The Clerk of Court is respectfully directed to close Docket Number 36.

SO ORDERED.
Date: December 6, 2024
New York, New York

JOHN P. CRONAN
United States District Judge