# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 27, 2025

**By ECF**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Donald Dillion**
   **24-Cr-132 (JPC)**

Dear Judge Cronan:

I write to request a one-time bail modification to permit Mr. Dillion to travel to the District of New Jersey on March 29, 2025. Neither Pretrial Services nor the government object to this request.

Mr. Dillion was released at his February 5, 2024, presentment, on a $200,000 bond. His travel was restricted to the Southern and Eastern Districts of New York. He has been in full compliance with his bond conditions for the last year.

Mr. Dillion works part-time as a caterer, and has a job opportunity in Paterson, NJ, on March 29. He would need to travel there from 5 p.m. to 12 a.m. Pretrial Services has no objection provided that Mr. Dillion notifies his officer upon his return to New York City. The government has no objection.

It is therefore requested that the Court grant a one-time bail modification permitting Mr. Dillion to travel to the District of New Jersey on March 29.

Sincerely,

Michael Arthus
Assistant Federal Defender
212-417-8760

The request is granted. Mr. Dillion may travel to Paterson, New Jersey, on March 29, 2025. Mr. Dillion shall notify his Pretrial Services officer upon Mr. Dillion's return to New York City. The Clerk of Court is respectfully directed to close Docket Number 48.

SO ORDERED.
Date: March 27, 2025
New York, New York

JOHN P. CRONAN
United States District Judge

cc. (by ECF): AUSA Benjamin Gianforti