# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 18, 2025

**By ECF**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*The request is granted. The May 15, 2025 sentencing hearing is adjourned to August 22, 2025 at 10:00 a.m. Defendant's sentencing submission is due by August 8, 2025. The Government's sentencing submission is due by August 15, 2025. The Clerk of Court is respectfully directed to close Docket Number 50.*

*SO ORDERED.*
*Date: April 21, 2025*
*New York, New York*

JOHN P. CRONAN
United States District Judge

Re: **United States v. Donald Dillion**
    **24-Cr-132 (JPC)**

Dear Judge Cronan:

I write to request that the Court adjourn the upcoming sentencing in this matter. The government does not object.

Mr. Dillion's sentencing is currently scheduled for May 15, with the defense sentencing submission due May 1. Mr. Dillion is at liberty and there has been one previous adjournment. We are still finalizing obtaining the records we need to complete his sentencing submission, many of which are coming from overseas. We need additional time to obtain these international records and letters on Mr. Dillion's behalf. Additionally, we have not yet received the final pre-sentence report in this matter. Given that there were objections to Probation's guidelines calculation, we need an adequate opportunity to review the final pre-sentence report and the final guidelines calculation Probation determines to be applicable.

It is therefore requested that the Court adjourn Mr. Dillion's sentencing and reset the submission deadlines accordingly. The parties have conferred and are available the weeks of August 18 and August 25. The parties can provide alternative availability if those dates are inconvenient for the Court.

Sincerely,

Michael Arthus
Assistant Federal Defender
212-417-8760

cc. (by ECF): AUSA Benjamin Gianforti